PEOPLE v. WILSON et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Albert Wilson, impleaded with others. No opinion. Motion to dismiss appeal granted. Order filed.